UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEG PAULSEN | No. |
| Plaintiff, | |
| v. | |
| TOUCHSTONE KPP DEVELOPMENT LLC | COMPLAINT |
| Defendant. | |

Plaintiff, Meg Paulsen ("Plaintiff") by and through the undersigned counsel, hereby files this Complaint and sues Touchstone KPP Development LLC, for injunctive relief, attorney's fees and costs pursuant to 42 U.S.C. §12181 *et seq.*, ("Americans with Disabilities Act" or "ADA")

COMPLAINT- 1

**Schwartz Roller & Zwilling**
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

and Chapter 49.60 of the Revised Code of Washington and alleges:

### JURISDICTION AND PARTIES

1.      This is an action for declaratory and injunctive relief and damages pursuant to Title III of the Americans with Disabilities Act, 42 U.S.C. §12181 *et seq.*, (hereinafter referred to as the "ADA") and Chapter 49.60 of the Revised Code of Washington. This Court is vested with original jurisdiction under 28 U.S.C. §§1331 and 1343.

2.      Venue is proper in this Court, the Western District of Washington, pursuant to 28 U.S.C. §1391 (B) and Local Rules of the United States District Court for the Western District of Washington.

3.      Plaintiff, Meg Paulsen (hereinafter referred to as "Paulsen") is a resident of the State of Washington and is a qualified individual with a disability under the ADA. Paulsen suffers from what constitutes a "qualified disability" under the Americans with Disabilities Act of 1990, ("ADA"), Chapter 49.60 of the Revised Code of Washington and all other applicable Federal statutes and regulations to the extent that she suffers from spina bifida and requires a wheelchair for mobility. Prior to instituting the instant action, Paulsen visited the Defendant's premises at issue in this matter, and was denied full, safe and equal access to the subject properties due to their lack of compliance with the ADA. Paulsen continues to desire and intends to visit the Defendant's premises but continues to be denied full, safe and equal access due to the barriers to access that continue to exist.

4.      The Defendant, Touchstone KPP Development LLC, is a limited liability company

COMPLAINT- 2

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

registered to do business and, in fact, is conducting business in the State of Washington. Upon information and belief, Touchstone KPP Development LLC, (hereinafter referred to as "Touchstone KPP") is the owner, lessee and/or operator of the real property and improvements that is the subject of this action, specifically the Kirkland Parkplace Shopping Mall located at 401 Parkplace in Kirkland, Washington (hereinafter referred to as the "Shopping Mall").

5.      All events giving rise to this lawsuit occurred in the Western District of Washington.

## COUNT I - VIOLATION OF THE AMERICANS WITH DISABILITIES ACT

6.      On or about July 26, 1990, Congress enacted the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101 *et seq.* Commercial enterprises were provided one and a half years from enactment of the statute to implement its requirements. The effective date of Title III of the ADA was January 26, 1992. 42 U.S.C. §12181; 20 C.F.R. §36.508 (A).

7.      Pursuant to 42 U.S.C. §12181(7) and 28 C.F.R. §36.104, the Shopping Mall owned by Touchstone KKP is a place of public accommodation in that it is a retail Shopping Mall operated by a private entity that provides goods and services to the public.

8.      Defendant has discriminated and continues to discriminate against the Plaintiff, and others who are similarly situated, by denying access to, and full, safe and equal enjoyment of goods, services, facilities, privileges, advantages and/or accommodations at the Shopping Mall in derogation of 42 U.S.C §12101 *et seq.*

COMPLAINT- 3

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

9.     The Plaintiff has been unable to and continues to be unable to enjoy access to, and the benefits of the services offered at the Shopping Mall owned by Touchstone KKP.  Prior to the filing of this lawsuit, Plaintiff visited the Shopping Mall at issue in this lawsuit and was denied access to the benefits, accommodations and services of the Defendant's premises and therefore suffered an injury in fact as a result of the barriers to access listed in Paragraph 11, below that she personally encountered.  In addition, Plaintiff continues to desire and intends to visit the Shopping Mall, but continues to be injured in that she is unable to and continues to be discriminated against due to the barriers to access which remain at the Shopping Mall in violation of the ADA.  Paulsen has now and continues to have reasonable grounds for believing that she has been and will be discriminated against because of the Defendant's continuing deliberate and knowing violations of the ADA.

10.     Pursuant to the mandates of 42 U.S.C. §12134(a), on July 26, 1991, the Department of Justice, Office of the Attorney General, promulgated Federal Regulations to implement the requirements of the ADA 28 C.F.R. Part 36.

11.     Touchstone KKP is in violation of 42 U.S.C. §12181 *et seq.* and 28 C.F.R. §36.302 *et seq.,* and is discriminating against the Plaintiff as a result of *inter alia*, the following specific violations:

COMPLAINT- 4

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

i.    The parking designated as accessible in front of the Pancake House has accessible signage that is mounted too low to be seen over parked vehicles;

ii.    There is a ramp onto the sidewalk but no wheelchair access to the ramp;

iii.    The upper sidewalk at the Pancake House is blocked by outdoor dining at the Pancake House and the lower sidewalk is too narrow for a wheelchair user;

iv.    The parking designated as accessible on the side of the Pancake House has accessible signage that is mounted too low to be seen over parked vehicles;

v.    The parking designated as accessible in front of Starbuck's has accessible signage that is mounted too low to be seen over parked vehicles;

vi.    One of the parking spaces designated as accessible on the side of QFC lacks an adjacent access aisle;

vii.    At the side entrance of the strip plaza there are stairs with handrails that protrude into a wheelchair user's  path of travel;

viii.    There is a tree and uneven pavement in the path of travel at the side of the strip plaza;

COMPLAINT- 5

**Schwartz Roller & Zwilling**
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

ix.    At the rear of the strip plaza, there is no accessible route connecting the two sections of the strip plaza;

x.    At the parking designated as accessible in the back of the strip plaza, the accessible signage is mounted too low to be seen over parked vehicles;

xi.    A wheelchair user is forced to wheel behind parked vehicles along the vehicular path of travel to access the curb cut which is located at a parking space with no adjacent access aisles at the rear parking designated as accessible;

xii.    Some of the parking spaces designated as accessible are too narrow and have an adjacent aisle that is too narrow at the rear parking designated as accessible;

xiii.    The access aisle at one of the parking spaces designated as van accessible is too narrow and the parking space is too narrow at the rear parking designated as accessible;

xiv.    At Wells Fargo Mortgage, there is no accessible parking and no access onto the sidewalk;

xv.    The ramp from the parking area to the tenant space is over 40 feet long and lacks level areas of rest;

COMPLAINT- 6

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

xvi. Inside the parking deck there are insufficient number of accessible parking and there is no accessible path of travel from the parking deck to the businesses;

xvii. There is a push-button keypad to access the toilet rooms;

xviii. There is no accessible signage at the toilet rooms;

xix. The door to enter the women's toilet room is too heavy for a wheelchair user;

xx. Inside the women's toilet room, the door swings into the wheelchair accessible stall such that a wheelchair user cannot enter and close the door and the flush valve is located on the narrow side of the water closet out of reach for a wheelchair user;

xxi. The hardware at the lavatory requires tight grasping, pinching or twisting of the wrist to operate;

xxii. The curb cut and ramp to the entrance of the Purple Café is too steep for a wheelchair user;

xxiii. In the women's toilet room in the Purple Café, the door swings into the wheelchair accessible stall such that a wheelchair user cannot enter and close the door;

COMPLAINT- 7

Schwartz Roller & Zwilling
500 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

xxiv.    The coat hook is mounted too high and the trash receptacle is foot-operated;

xxv.    Inside the restaurant there is no wheelchair accessible seating and there is no lowered bar area.

12.    There are other current barriers to access and violations of the ADA at the Shopping Mall owned and operated by Touchstone KKP that were not specifically identified herein as the Plaintiff is not required to engage in a futile gesture pursuant to 28 C.F.R. Part 36, §36.501 and, as such, only once a full inspection is performed by Plaintiff or Plaintiff's representatives can all said violations be identified.

13.    To date, the barriers to access and other violations of the ADA still exist and have not been remedied or altered in such a way as to effectuate compliance with the provisions of the ADA.

14.    Pursuant to the ADA, 42 U.S.C. §12101 *et seq.* and 28 C.F.R. §36.304, Touchstone KKP was required to make its Shopping Mall, a place of public accommodation, accessible to persons with disabilities by January 28, 1992.  To date, Touchstone KKP has failed to comply with this mandate.

15.    Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action.  Plaintiff is entitled to have her reasonable attorney's fees, costs and expenses paid by Defendant pursuant to 42 U.S.C. §12205.

COMPLAINT- 8

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

WHEREFORE, the Plaintiff demands judgment against Touchstone KPP Development LLC, and requests the following injunctive and declaratory relief:

A. That the Court declare that the property owned and administered by Defendant is violative of the ADA;

B. That the Court enter an Order directing Defendant to alter its facilities to make them accessible to and useable by individuals with disabilities to the full extent required by Title III of the ADA;

C. That the Court enter an Order directing Defendant to evaluate and neutralize its policies and procedures towards persons with disabilities for such reasonable time so as to allow them to undertake and complete corrective procedures;

D. That the Court award reasonable attorney's fees, costs (including expert fees) and other expenses of suit, to the Plaintiff; and

E. That the Court award such other and further relief as it deems necessary, just and proper.

## COUNT II - VIOLATION OF WASHINGTON LAW AGAINST DISCRIMINATION

18. Plaintiff realleges and reavers Paragraphs 1-5 contained herein.

19. Chapter 49.60 of the Revised Code of Washington is known as the "law against discrimination." Section 49.60.010 provides that it is an exercise of the police power of the state for

COMPLAINT- 9

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

the protection of the public welfare, health, and peace of the people of this state, and in fulfillment of the provisions of the Constitution of this state concerning civil rights. Through this section, the legislature found and declared that practices of discrimination against any of its inhabitants because of … the presence of any sensory, mental, or physical disability or the use of a trained dog guide or service animal by a disabled person is a matter of state concern and that such discrimination threatens not only the rights and proper privileges of its inhabitants but menaces the institutions and foundation of a free democratic state.

20.    Section 49.60.215 of the Revised Code of Washington makes it an unfair practice for any person or the person's agent or employee to commit an act which directly or indirectly results in any distinction, restriction, or discrimination, or the requiring of any person to pay a larger sum than the uniform rates charged other persons, or the refusing or withholding from any person the admission, patronage, custom, presence, frequenting, dwelling, staying, or lodging in any place of public resort, accommodation, assemblage, or amusement, except for conditions and limitations established by law and applicable to all persons, regardless of …..the presence of any sensory, mental, or physical disability, or the use of a trained dog guide or service animal by a disabled person.

21.    Section 49.60.030 provides that any person deeming himself or herself injured by any act in violation of this chapter (49.60) shall have a civil action in a court of competent jurisdiction to enjoin further violations, or to recover the actual damages sustained by the person, or both, together

COMPLAINT- 10

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

with the cost of suit including reasonable attorneys' fees or any other appropriate remedy authorized by this chapter.

22.    Pursuant to Section 9.91.010(d) of the Revised Code of Washington, the establishment owned by Touchstone KKP is a place of public accommodation in that it is a Shopping Mall which provides goods and services to the public.

23.    Touchstone KKP has discriminated, and continues to discriminate against the Plaintiff, and others who are similarly situated, by denying access to, and full and equal enjoyment of goods, services, facilities, privileges, advantages and/or accommodations at the Shopping Mall in derogation of the Revised Code of Washington §49.60 *et seq.*

24.    The Plaintiff has been unable to and continues to be unable to enjoy access to, and the benefits of the services offered at the Shopping Mall. Prior to filing of this lawsuit, Plaintiff visited the Shopping Mall and was denied access to the benefits, accommodations and services of the Defendant's goods and services and therefore were damaged and suffered an injury in fact. In addition, Plaintiff continues to desire to visit the Shopping Mall, but continues to be damaged and injured in that she is unable to and continues to be discriminated against due to the architectural barriers which remain at the Shopping Mall in violation of the ADA and the Revised Code of Washington §49.60 *et seq.*

WHEREFORE, the Plaintiff demands judgment against Defendant and requests the following injunctive and declaratory relief:

COMPLAINT- 11

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

A.  That the Court declare that the property owned and administered by Defendant is violative of the Revised Code of Washington §49.60 *et seq.*;

B.  That the Court enter an Order directing Defendant to alter its facility to make it accessible to and useable by individuals with disabilities to the full extent required by the Revised Code of Washington §49.60 *et seq.*;

C.  That the Court enter an Order directing def to evaluate and neutralize its policies and procedures towards persons with disabilities for such reasonable time so as to allow them to undertake and complete corrective procedures;

D.  That the Court award damages, reasonable attorney's fees, costs (including expert fees) and other expenses of suit, to the Plaintiff; and

E.  That the Court award such other and further relief as it deems necessary, just and proper.

Dated this 28th day of January, 2014.

Respectfully submitted,

By:   */s/ Bridget Bourgette Shaw*
Bridget Bourgette Shaw, Esq.
WSBA 28850
Shaw Law Group, PLLC
1818 Westlake Avenue, Suite 308
Seattle, WA 98109
Telephone: (206) 623-1225
Facsimile: (206) 283-0923
Email:  bridget@shawlawgrouppllc.com

COMPLAINT- 12

Schwartz Roller & Zwilling
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701

By:       */s/ Michael A. Chester*

Michael A. Chester, Esq.
Alabama Bar No. ASB-3904-L74C
Schwartz Roller & Zwilling
Attorneys for Plaintiff
600 Vestavia Parkway, Suite 251
Birmingham, Alabama 35216
Telephone:    (205) 822-2701
Facsimile:    (205) 822-2702
Email: mchester@szalaw.com

COMPLAINT- 13

**Schwartz Roller & Zwilling**
600 Vestavia Parkway, Suite 251, Birmingham, Alabama 35216
(205) 822-2701